*E-Filed 5/27/10*

PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:      (650) 364-8200
Facsimile:      (650) 780-1701

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY and
CHARLES SCHWAB DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSSIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB DISABILITY PLAN, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>　　　　　Defendants. | CASE NO.  CV-10-0971  RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT CHARLES SCHWAB DISABILITY PLAN** |

**WHEREAS**, this is an action arising under the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. section 1132 (a)(1) and (3);

**WHEREAS**, plaintiff JAMES BOSSIER named The Charles Schwab Disability Plan ("the Plan") as a defendant in this action;

**WHEREAS**, the long-term disability portion of the Plan was insured under a group disability income policy issued by Liberty Life Assurance Company of Boston to Charles Schwab & Co., Inc., the sponsor of the Plan;

**WHEREAS**, while Defendants deny liability in this action, Liberty Life agrees it will be liable for any judgment or settlement that may result from this action as if it were the Plan;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that Liberty Life agrees not to object that the Plan is not longer a party.

RC1/5587425.1/RS

STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANT CHARLES SCHWAB DISABILITY PLAN

**IT IS FURTHER STIPULATED** that the Plan is hereby dismissed from this action without prejudice, with each party to bear its own fees and costs as to the other only.

**IT IS SO STIPULATED**.

Dated: May 26, 2010                                LAW OFFICES OF SAM WARE

By: _____/s/_____
SAM WARE
Attorney for Plaintiff
JAMES BOSSIER

Dated: May 26, 2010                                ROPERS, MAJESKI, KOHN & BENTLEY

By: _____/s/_____
PAMELA E. COGAN
HANA A. HARDY
Attorneys for Defendants
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON and CHARLES
SCHWAB DISABILITY PLAN

## ORDER

**PURSUANT TO STIPULATION**, **IT IS HEREBY ORDERED** that THE CHARLES SCHWAB DISABILITY PLAN shall be, and hereby is, dismissed from this action without prejudice, with each party to bear its own fees and costs as to the other only.

**IT IS SO ORDERED**.

Dated: __May 27__, 2010

_____
Honorable Richard Seeborg
Unites States District Court Judge

RC1/5587425.1/RS        - 2 -        STIPULATION AND [PROPOSED] ORDER
DISMISSING DEFENDANT CHARLES SCHWAB
DISABILITY PLAN