**\*E-Filed 9/9/10\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| James Bossier, | No. C 10-00971 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| Liberty Life Assurance Company of Boston, | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by**, November 24, 2010**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 2, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

United States District Court
For the Northern District of California

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:    9/9/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE