1 PAMELA E. COGAN (SBN 105089)
HANA HARDY (SBN 252871)
2 ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
3 Redwood City, CA 94063-2052
Telephone: (650) 364-8200
4 Facsimile: (650) 780-1701
E-mail: pcogan@rmkb.com, hhardy@rmkb.com

Attorneys for Defendants,
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
and THE CHARLES SCHWAB DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BOSSIER,<br><br>    Plaintiff,<br><br>v.<br><br>THE CHARLES SCHWAB DISABILITY PLAN; LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>    Defendants. | CASE NO. CV-10-0971 RS<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING DEFENDANTS LIBERTY LIFE ASSURANCE COMPANY OF BOSTON AND THE CHARLES SCHWAB DISABILITY PLAN WITH PREJUDICE [FRCP 41(a)(1)(A)(ii)]** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, JAMES BOSSIER, and Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE CHARLES SCHWAB DISABILITY PLAN, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all Defendants, including THE CHARLES SCHWAB DISABILITY PLAN, which was previously dismissed from this action without prejudice on May 27, 2010, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

**IT IS FURTHER STIPULATED** that concurrence in the filing of this stipulation and proposed order has been obtained from each of the signatories, which shall serve in lieu of their

\ \ \ \

\ \ \ \

RC1/5687765.1/HAH

STIPULATION AND ORDER DISMISSING
DEFENDANTS WITH PREJUDICE
CASE NO.: CV-10-0971 RS

signatures on the document.

Dated: ~~September~~ October 1, 2010

LAW OFFICES OF SAM WARE

By: _____
SAM WARE
Attorney for Plaintiff,
JAMES BOSSIER

Dated: ~~September~~ November 2, 2010

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
HANA HARDY
Attorneys for Defendants, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and THE CHARLES SCHWAB DISABILITY PLAN

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice as to all Defendants, including THE CHARLES SCHWAB DISABILITY PLAN, which was previously dismissed from this action without prejudice on May 27, 2010. Each party shall bear its own fees and costs.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~September~~ November 10, 2010

_____
HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE